PD-1341-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/2/2015 1:44:15 PM
Accepted 7/2/2015 2:03:45 PM
ABEL ACOSTA
CLERK

## No. PD-1341-14

### IN THE COURT OF CRIMINAL APPEALS OF TEXAS

STACY STINE CARY,

Appellant,

v.

THE STATE OF TEXAS,

Appellee.

On Appeal from the Court of Appeals, Fifth District of Texas at Dallas
Court of Appeals No. 05-12-01421-CR

## STATE'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME OF THREE DAYS TO FILE THE STATE'S BRIEF

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

*JOSEPH P. CORCORAN
Assistant Attorney General
Supervising Attorney
for Non-Capital Appeals
Criminal Appeals Division
State Bar No. 00793549
Joseph.Corcoran@TexasAttorneyGeneral.gov

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

*Lead Appellate Counsel

ATTORNEYS FOR THE STATE

**TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:**

COMES NOW, the State of Texas and files this, the State's Unopposed Motion for an Extension of Time of **Three** Days to File the State's Brief, and respectfully shows the following:

### I.

Appellant, Stacy Stine Cary, filed her opening brief in this appeal on May 19, 2015. The State previously made an unopposed request for an extension of twenty-nine days to file its brief, but the Court granted an extension of fifteen (15) days; hence, the State's brief in response is presently due to be filed on Friday, July 3, 2015.

### II.

The State humbly seeks a **three-day** extension to file its brief, extending the new deadline to **Monday, July 6, 2015**. This is the State's second, and final extension request. *The State will not seek a further extension of time to file its brief if this three (3) day request is granted.*

### III.

As justification for this request, in the last two weeks:

1. The undersigned drafted and filed a lengthy brief in *this* Court, in a complex TDCJ-time-calculation appeal, in *Ex*

*parte Smiley*, Nos. WR-31,454-03 & WR-31,454-04, filed on Monday, June 29, 2015;

2. In the last six days the undersigned (as the non-capital appellate supervisor for the Criminal Appeals Division of the Texas Attorney General), performed extensive review and revision of an appellate brief, originally due to be filed on July 1, 2015, in the United States Court of Appeals for the Fifth Circuit, in *Vollmer v. William Stephens, Director, Texas Department of Criminal Justice, Correctional Institutions Division*, No. 14–10301. As a result of that review process, and because of the due date for the State's brief in this proceeding, the undersigned sought and obtained an emergent extension in the Fifth Circuit; and

3. Finally, and as additional justification, on June 23, 2015, the executive staff of the Office of Attorney General designated the date on which the State's brief is presently due in this appeal–July 3, 2015–as a holiday. As a result, while the undersigned will be working on July 3 to complete the State's brief, the undersigned will be unable to submit the brief for mandatory internal pre-filing review.

## IV.

This request is not designed to harass Appellant, nor to unnecessarily delay these proceedings, but to ensure that Appellant's legal arguments are properly addressed. The undersigned conferred with Appellant's counsel of record on June 29, 2015, who is **unopposed** to this motion.

3

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests a **three (3)** day extension of time to file its brief up to and including **Monday, July 6, 2015.**

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division


/s/ Joseph P. Corcoran
JOSEPH P. CORCORAN*
Assistant Attorney General
Supervising Attorney
 for Non-Capital Appeals
Criminal Appeals Division
State Bar No. 00793549
Joseph.Corcoran@TexasAttorneyGeneral.gov

P.O. Box 12548, Capitol Station
Austin, Texas   78711-2548
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

ATTORNEYS FOR THE STATE

*Lead Counsel

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Mr. John Helms prior to the filing of this motion, and he indicated that he did *not* oppose the extension.

/s/ Joseph P. Corcoran
JOSEPH P. CORCORAN
Assistant Attorney General

## CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(b)(1) of the Texas Rules of Appellate Procedure, I do hereby certify that if the email address of attorneys designated below is on file with the electronic filing manager, a true and correct copy of the foregoing notice was served electronically by that electronic filing manager, on the following attorneys via electronic mail:

> John Michael Helms Jr.
> Attorney for Appellant

Moreover, I do hereby certify that if the email addresses for the designated attorneys are not on file with the electronic filing manager, a true and correct copy of the foregoing pleading was served by email, addressed to:

> John Michael Helms Jr.
> john@johnhelmslaw.com

/s/ Joseph P. Corcoran
JOSEPH P. CORCORAN
Assistant Attorney General